**Order entered July 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00261-CV

## IN THE INTEREST OF A.B. AND E.B., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53861-2020**

## ORDER

As ordered to do so, court reporter Jan Dugger has informed the Court that she has notified appellant of the cost for the reporter's record. Accordingly, we **ORDER** appellant to file, no later than July 30, 2021, written verification he has paid or made arrangements to pay for the record. We caution appellant that failure to provide the requested verification may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/ KEN MOLBERG
   JUSTICE